**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00046-GPG
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

JAMES E. FISHER,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, Street Maintenance,

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

      Plaintiff James E. Fisher currently resides in Aurora, Colorado.  On January 7,

2015, Plaintiff initiated this action by filing *pro se* a Title VII Complaint and an

Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has

determined that the submitted document is deficient as described in this Order.  Plaintiff

will be directed to cure the following if he wishes to pursue his claims.  Any papers that

Plaintiff files in response to this Order must include the civil action number on this

Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)   __   is not submitted
(2)   __   is not on proper form (must use the Court's current form)
(3)   __   is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or
            application
(8)   _X_   other: Plaintiff must provide a new application that clarifies the financial

information provided in Section One of the Application form.  Plaintiff asserts in one part of the section income of $13,464 plus $38,500 and in another part income of $1,122.

**Complaint or Petition**:

(9)      __      is not submitted

(10)     __      is not on proper form (must use the court's current form)

(11)     X      is missing an original signature by the Plaintiff

(12)     X      is incomplete

(13)     __      uses et al. instead of listing all parties in caption

(14)     __      names in caption do not match names in text of Complaint

(15)     __      addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(16)     __      other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a Title VII Complaint and an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov, and use the form to cure the above noted deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED January 8, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge